## TAR ASPHALT TRUCKING CO., INC., *v.* UNITED STATES ET AL.

No. 762. Decided March 25, 1963.

*John J. Corcoran, Jr.* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Elliott H. Moyer* and *Robert W. Ginnane* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## PETERSON *v.* ALLEN CIRCUIT COURT ET AL.

No. 415, Misc. Decided March 25, 1963.

Petitioner *pro se.*

*Edwin K. Steers,* Attorney General of Indiana, and *Donald L. Adams,* Deputy Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Lane* v. *Brown, ante,* p. 477.